**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | Civil Action No. |
| Sean Rogers | ) | 24 CV 00833 |

**EXECUTIVE COMMITTEE ORDER**

On January 26, 2024, Sean Rogers entered the Dirksen U.S. Courthouse. While present, he stopped a member of the public, barraged the individual with an objectionable line of questioning, and attempted to make inappropriate physical contact. This behavior caused concern for the safety of individuals.

The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Roger's conduct if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois.

IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Rogers is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and

IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Rogers at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and

IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Sean Rogers" and case number 24 CV 00833 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.

IT IS ALSO ORDERED that the Clerk of Court shall cause a copy of this Order to be mailed to Sean Rogers at 5204 Tomcin Trail, Oak Lawn, IL 60453, via Certified Mail, return receipt requested.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 31st day of January 2024.